AlAN DAle WARREN  I ReQuest Your Reply on  DATE 1-20-15
EXP D.L. 08916230  My APPeal From MAtAgorda  DOB 7-6-59 Age 55
EXP I.D. 15975408  County Bay City TX  S.S. 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
Amnesty 717159801  They ForwARded To Court of  Case 94-M-044
Congressional 19019  APPeals  Case 08-235

73,114-04;-05

I AM WRITTING You Concerning My APPeal Case

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

No 94-M-044 & Case No 08-235

OTHers Are Trying To Use Computers PinK And
Law LiBRAry And Medical Computers To illegally Use
My NAme AgAinst My APPeal So That They my
EXscape WITh my Congressional NumBer 19019
And my Amnesty NumBer 717159801

This Person DiD From me In Here For Theft of
Sol Sol Carter Computer PiN He B 4-E-48-T I AM Sol
Sol Carter With Congressional 19010 And Ammesty 717159801
They Are Liters And They DiD From Me In ORDer To
KICh The Farm ouT As In Release Liters To The PuBlic
For SR22 Killings And They Also Have Already Rik SR22
On Me WITh ouT my PermiSsiON ON 1-15-15 & 1-16-15 He Illeagely
Use the Computers And my NAme To Stop my APPeal

I AM APPealing My Case And I Do Request
TRAnsPort To 2323 AVE E Bay City TX 77414 For Court
AT 1700 7th St Bay Cop TX 77414

No TransPort is No APPeal I Am APPealing my Case
I AM WAItTing Your Answer I Am APPealing AgAinsT These
Theft, The County of MaTagorda 1700 7th St Bay City Sent me
A LetteR oN 1-8-15 Saying I Am APPealing I ReQuest Your AiD
They Are Illeagely Useing my NAme in The Computers

Sign X Alen Dale Warren